Abraham Doukoure, Plaintiff-Appellant,
against
JP Morgan Chase Bank, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Anthony Cannataro, J.), entered on June 29, 2017, which denied his motion to vacate his default and to restore the case to the trial calendar.




Per Curiam.
Order (Anthony Cannataro, J.) entered on June 29, 2017, affirmed, without costs.
This action was dismissed as a result of plaintiff's nonappearance at a scheduled court conference (see 22 NYCRR 208.14[b][2]), and plaintiff's two prior motions to vacate that dismissal were denied because of his nonappearance on the scheduled motion return dates. In this posture, we find no abuse of discretion in the denial of plaintiff's most recent vacatur motion. Even assuming that plaintiff showed a reasonable excuse for his multiple defaults, he failed to demonstrate a meritorious cause of action (see Fink v Antell, 19 AD3d 215 [2005]; Munoz v KittyKind, Inc., 49 Misc 3d 128[A], 2015 NY Slip Op 51396[U][App Term, 1st Dept 2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: December 12, 2018